MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-0910
FAX: (408) 535-5066
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 11-00185 LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM OCTOBER 19, 2011 TO DECEMBER 7, 2011 |
| v. | |
| DOUGLAS WEINSTEIN, | |
| Defendant. | Date:        October 19, 2011 |
| | Time:       10:00 a.m. |
| | Court:      The Hon. Lucy H. Koh |

There is currently a status date scheduled in the above-captioned matter on October 19, 2011.  Government and defense counsel jointly move the vacate the current status date and to set a new status date of December 7, 2011 at 10:00 a.m.  Both the government and defense counsel continue to investigate this matter, particularly with respect to forensic evidence seized in the case.   The parties agree that the time between October 19, 2011 and December 7, 2011 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation,

1  taking into the account the exercise of due diligence, and that the interests of justice outweigh

2  the best interest of the public and the defendant in a speedy trial.

3  SO STIPULATED:

4

5                                                    MELINDA HAAG
                                                     United States Attorney
6

7  DATED: October 17, 2011                           _____\s_____
                                                     ALLISON MARSTON DANNER
8                                                    Assistant United States Attorney

9

10 DATED: October 17, 2011                           _____\s_____
                                                     JONATHAN MCDOUGALL
11                                                   Attorney for DOUGLAS WEINSTEIN

12

13         For the foregoing reasons, the Court continues the next status conference in this case

14 from October 19, 2011 to December 7, 2011 at 10 a.m.  For the reasons stated above, the Court

15 further finds that the ends of justice served by granting the requested continuance outweigh the

16 best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and

17 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from October 19, 2011 through

18 December 7, 2011.

19

20 SO ORDERED.

21

22

23
   DATED:_____10/18/2011_____                        _____
24                                                    LUCY H. KOH
                                                      Judge, United States District Court
25

26

27

28

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 11-00185 LHK]                    -2-