MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS M O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5053
   Fax: (408)-535-5066
   Email: thomas.m.oconnell@usdoj.gov

Attorneys for the United States of America

**DENIED**
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS WEINSTEIN, ) <br> ) <br> Defendant. ) | No. CR 11 - 00185 - LHK <br><br> **MOTION FOR APPOINTMENT OF ADVISORY COUNSEL** |

     The government requests that the Court order that advisory counsel be appointed, either from the Federal Public Defender's Office or from the CJA panel, to assist the defendant in the transmittal of discovery from his prior counsel, plea negotiations, and in any other appropriate manner.

     On August 29, 2012, after conducting voir dire regarding his ability to represent himself, the court granted defendant's application for Pro Se status and relieved attorney Jonathan McDougall as counsel for defendant. The court continued the case until October 3, 2012, and excluded time under the Speedy Trial Act.

MOTION
CR-11 - 00185 - LHK

1   The undersigned government counsel, who recently took over responsibility of this case from former AUSA Allison Danner, was elsewhere in the District on government business and not able to be present at the hearing. Subsequent to the hearing, government counsel had the opportunity to confer, several times, with former defense counsel Jonathan McDougall regarding various issues, including the handling of discovery.

Mr. McDougall advised that he was under the impression that the court's intent was for government counsel to pick up his file and deliver it to the defendant, who is in custody. However, this appeared to be problematic on several grounds, including the fact that Mr. McDougall had made redactions to some, but not all documents, and had provided some, but not all, of the documents which were provided to him to the defendant.

The undersigned government counsel harbors concerns regarding taking possession of the files and work product of prior defense counsel and possibly injecting error into the record. Moreover, the prospect of visiting the defendant at the Santa Clara County Jail to engage in plea negotiations (if this what is contemplated by the court) would appear to create a substantial likelihood, notwithstanding Fed. R. Crim. Proc.11, that if those negotiations fail, he would be chilled, if not precluded by conflict, from litigating the case.

Mr. McDougall concurs that the appointment of advisory counsel would expedite transmittal of the defense file to Mr. Weinstein. This appointment would also create a conduit through which the Government could conduct plea negotiations with the Pro Se defendant, and also provide assistance to the defendant in any number of ways.

//
//
//
//
//
//
//
//

MOTION
CR-11 - 00185 - LHK

1  For the above stated reasons, it is submitted that the appointment of advisory counsel
2  would both protect the record and expedite the disposition of this case.
3
4  Respectfully submitted,
5  DATED: September 26, 2012.
6
7
8
9                                         MELINDA HAAG
                                          United States Attorney
10
11                                        _____/s/_____
12                                        THOMAS O'CONNELL
                                          Assistant United States Attorney
13
14
15  DENIED. Mr. Jonathan
16  McDougall should deliver
17  the defense file to the Defendant.
18  The Court never intended for the
19  government counsel to deliver the
20  defense file to the Defendant.
21  Mr. McDougall was retained
22  counsel; delivering the defense
23  file is his responsibility.
24
25                                        Lucy H. Koh
26                                        U.S. District Judge
27  Date  9/27/12
28

MOTION
CR-11 - 00185 - LHK