Filed

MAR 1 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS STUART WEINSTEIN,<br><br>Defendant. | Case No.: 11-CR-00185-LHK<br><br>ORDER APPOINTING VALERIE HOFFMAN AND AUTHORIZING VISITATION AT JAIL |

Defendant Douglas Weinstein, proceeding *pro se*, has indicated that he is retaining the services of Valerie Hoffman as his paralegal to assist in Defendant's preparation for his June 5, 2013 Sentencing hearing. As some measure of privacy is necessary for the paralegal to effectively assist Mr. Weinstein in this preparation, the Court hereby authorizes contact visits between Mr. Weinstein and Ms. Hoffman at the Santa Clara County Department of Corrections during the pendency of this matter.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CR-00185-LHK
ORDER APPOINTING VALERIE HOFFMAN AND AUTHORIZING VISITATION AT JAIL